UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> TROPIC HAZE LLC, <br><br> Defendant. | NO. |

**NINTENDO OF AMERICA INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nintendo of America Inc. ("Nintendo") makes the following disclosures:

1. Nintendo is a Washington corporation headquartered in Redmond, Washington. Nintendo is a wholly-owned subsidiary of Nintendo Co., Ltd., a publicly-traded company organized under the laws of Japan.

2. No other publicly-traded company owns more than 10% of Nintendo's stock.

DATED this 26th day of February, 2024.

Respectfully submitted,

| **ADLER POLLOCK & SHEEHAN P.C.** | **JENNER & BLOCK LLP** |
|---|---|
| /s/ Nicole Benjamin | /s/ Alison Stein |
| Nicole J. Benjamin (#7540) | Alison I. Stein (*Pro Hac Vice Motion Forthcoming*) |
| One Citizens Plaza, 8th Floor | Cayman C. Mitchell (*Pro Hac Vice Motion Forthcoming*) |
| Providence, RI 02903 | 1155 Avenue of the Americas |
| Tel: (401) 427-6212 | New York, NY 10036 |
| Fax: (401) 751-0604 | Tel: (212) 891-1600 |
| nbenjamin@apslaw.com | Fax: (212) 891-1699 |
| | astein@jenner.com |
| | cmitchell@jenner.com |

*Attorneys for Plaintiff Nintendo of America Inc.*