UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| NINTENDO OF AMERICA, INC., <br>     Plaintiff, <br><br> v. <br><br> TROPIC HAZE LLC <br>     Defendants, | ) <br> ) <br> ) <br> )    C.A. No. 1:24-cv-00082-JJM-LDA <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

    I, Michael J. Daly, Esq. of Pierce Atwood LLP, enter my appearance on behalf of Defendant, Tropic Haze LLC, in the above-captioned matter.

Dated:  March 1, 2024

TROPIC HAZE, LLC

By its Attorney,

*/s/ Michael J. Daly*
Michael J. Daly, Esq. (#6729)
PIERCE ATWOOD LLP
One Citizens Plaza, 10th Floor
Providence, RI  02903
(401) 490-3424
(401) 588-5166 (fax)
mdaly@pierceatwood.com


Jennifer Fraser, Esq.
(pro hac vice motion forthcoming)
Dykema
1301 K Street N.W. Suite 1100 West
Washington, D.C. 20005

Michael J. Word, Esq.
(pro hac vice motion forthcoming)
Dykema
10 South Wacker Drive, Suite 2300
Chicago, IL  60606