UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| NINTENDO OF AMERICA, INC., <br>     Plaintiff, <br><br> v. <br><br> TROPIC HAZE LLC <br>     Defendant, | C.A. No. 1:24-cv-00082-JJM-LDA |

**<u>DEFENDANT'S RULE 7.1 DISCLOSURE</u>**

Pursuant to Fed. R. Civ. P. 7.1(a)(1), defendant, Tropic Haze LLC, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: March 1, 2024

TROPIC HAZE LLC

By its Attorney,

<u>/s/ Michael J. Daly</u>
Michael J. Daly, Esq. (#6729)
PIERCE ATWOOD LLP
One Citizens Plaza, 10th Floor
Providence, RI  02903
(401) 490-3424
(401) 588-5166 (fax)
mdaly@pierceatwood.com


Jennifer Fraser, Esq.
(pro hac vice motion forthcoming)
Dykema
1301 K Street N.W. Suite 1100 West
Washington, D.C. 20005

Michael J. Word, Esq.
(pro hac vice motion forthcoming)
Dykema
10 South Wacker Drive, Suite 2300
Chicago, IL  60606